IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA



DALE P. FIELD, d/b/a PRO MOVES;
    Plaintiff,

v.

Civil Action #: 1:14-cv-154

EMOVE, d/b/a Movinghelper.com;
UHAUL;
    Defendants.

## MOTION TO DISMISS WITHOUT PREJUDICE

Now comes the Plaintiff, Dale P. Field, Jr., pro se, and moves this Court to grant a dismissal of the Complaint without Prejudice. Plaintiff states that at this time he is unable to afford the initial filing fees to proceed with the Complaint. Plaintiff states that he would like to use the time given with a dismissal to aquire the fees needed to proceed with this action and then re-file the action at such time. Plaintiff requests the Court grant him an additional six month period to file said complaint.

WHEREFORE, Plaintiff requests this Court grant a dismissal of the Complaint without prejudice so that the Complaint may be re-filed at a later date.

Respectfully;

_____
Dale P. Field
Plaintiff, pro se